1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:24-cv-02699-WBS-CSK

   IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:24-cv-02727-WBS-CSK

13                                              No. 2:24-cv-02729-WBS-CSK

14                                              No. 2:24-cv-02734-WBS-CSK

15                                              No. 2:24-cv-02820-WBS-CSK

16                                              No. 2:24-cv-02821-WBS-CSK

17                                              No. 2:24-cv-02822-WBS-CSK

18                                              No. 2:24-cv-02825-WBS-CSK

19                                              No. 2:24-cv-02826-WBS-CSK

20                                              No. 2:24-cv-02830-WBS-CSK

21

22

23                                              **ORDER**

24

25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

9       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02699, 2:24-cv-02727, 2:24-cv-

10  02729, 2:24-cv-02734, 2:24-cv-02820, 2:24-cv-02821, 2:24-cv-02822, 2:24-cv-02825, 2:24-cv-

11  02826 and 2:24-cv-02830 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  November 18, 2024

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24  [1] In the captions of 2:24-cv-02729 and 2:24-cv-02734, plaintiff names the Amador County
Superior Court.  In the caption of 2:24-cv-02821, plaintiff names the Madera County Superior
25  Court.  In the caption of 2:24-cv-02826, plaintiff names the Mariposa County Superior Court.  To
the extent plaintiff intended to raise the claims raised in these cases in the United States District
26  Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-
02729, 2:24-cv-02734, 2:24-cv-02821 and 2:24-cv-02826 are related to Plaintiff's Alameda
27  County criminal conviction.

28